AO 470 (8/85) Order of Temporary Detention

# United States District Court

## DISTRICT OF DELAWARE



UNITED STATES OF AMERICA

v.

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

___WILLIE ANDERSON_____
Defendant

**Case Number:** 05-81M-1-MPT

Upon motion of the **Government,** it is ORDERED that a **Preliminary Hearing and**

**Detention Hearing** is set for ____TBD_____ * at ____TBD____
　　　　　　　　　　　　　　　　　　Date　　　　　　　　　　　　Time

before__ HONORABLE MARY PAT THYNGE, UNITED STATES MAGISTRATE JUDGE __
　　　　　　　　　　　　　Name of Judicial Officer

COURTROOM #6C, 6TH FLOOR, BOGGS FEDERAL BLDG., 844 KING ST., WILMINGTON, DE
　　　　　　　　　　　　Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United

States Marshal) (_____)
　　　　　　　　　　　　　　Other Custodial Official

and produced for the hearing.

____4/29/05_____
　　　　Date

____Joseph A Farn J____
　　　Judicial Officer

_____
*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
　　A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.